IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FAST-TRAC FREIGHT SERVICES, INC., | ) | |
| | ) | Case No. 8:09-cv-309 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| EXPRESS MESSENGER SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court upon the parties' Joint Motion to extend the deposition deadline from June 4, 2010 to July 6, 2010. For good cause shown,

**IT IS ORDERED** that the motion (Filing No. 23) is granted. The Final Progression Order (Filing No. 18) is amended to provide that all depositions, whether or not they are intended to be used at trial, shall be completed by July 6, 2010. All other progression order deadlines remain in effect.

**DATED April 28, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**