IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FAST-TRAC FREIGHT SERVICES, INC.,** a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 8:09CV309 |
| vs. | ) ) ) | |
| **EXPRESS MESSENGER SYSTEMS, INC.,** | ) ) | ORDER |
| Defendant. | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Extend Deadlines (#34) is granted, and the Final Progression Order (#18) is further amended, as follows:

1. Motions for summary judgment shall be filed no later than **August 31, 2010.**

2. The deposition deadline is extended to **August 13, 2010.**

3. The final pretrial conference is continued from October 18, 2010 to **Thursday, December 9, 2010 at 9:30 a.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

4. Trial is continued from the week of November 9, 2010 to the week of **January 18, 2011** before the Honorable Laurie Smith Camp.

DATED July 14, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**