IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FAST-TRAC FREIGHT SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPRESS MESSENGER SYSTEMS, INC., )<br>)<br>Defendant. ) | 8:09-cv-00309-LSC-FG3<br><br>ORDER |

This matter is before the court on the parties' Joint Motion to Extend Deadlines (Filing 74). The court finds that the motion should be granted.

**IT IS ORDERED** that the Joint Motion (Filing 74) is granted.  The deadlines set in Paragraphs 3 and 4 of the Order Setting Final Schedule for Progression of Case (Filing 18, as amended by Filings 24 & 36) are extended as follows:

   3.   **Pretrial Disclosures.**  Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall serve opposing counsel and file a redacted version as applicable with the following information regarding the evidence it may present at trial other than solely for impeachment purposes as soon as practicable but not later than the date specified:

   a.  **Nonexpert Witnesses – On or before December 1, 2010:** The name, address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

   c.  **Trial Exhibits – On or before December 1, 2010:**  A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

   4.  **Motions in Limine.**  Motions in limine shall be filed on or before **December 1, 2010.**

   DATED September 29, 2010.

                              BY THE COURT:

                              s/ F.A. Gossett, III
                              **United States Magistrate Judge**